IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATTI KOPKO, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| | : 14-1290 |
| LEHIGH VALLEY HEALTH | : |
| NETWORK, et. al. | : |
| | : |
| Defendants. | : |

## ORDER

**AND NOW**, this 21st day of October 2014, upon consideration of defendants' motion to dismiss (doc. no. 12), plaintiff's response in opposition (doc. no. 14), and defendants' reply thereto (doc. no. 21) **IT IS HEREBY ORDERED** that:

1. The motion to dismiss (doc. no. 12) is **GRANTED**;

2. Counts III and IV are **DISMISSED WITH PREJUDICE**;

3. Plaintiff may not seek relief in Count I for events occurring before January 10, 2009;

4. Plaintiff may not seek relief in Count II for events occurring before May 10, 2009; and

5. Plaintiff may not pursue an ADEA Retaliation claim under Count I.

BY THE COURT

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.