IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATTI KOPKO, | : |
| | : |
| **Plaintiff,** | : |
| | : CIVIL ACTION |
| v. | : |
| | : |
| LEHIGH VALLEY HEALTH | : |
| NETWORK, et al., | : NO. 14-1290 |
| | : |
| **Defendants.** | |

## O R D E R

**AND NOW,** this 31st day of October, 2016, after consideration of the defendants' motion for summary judgment (Doc. No. 43), plaintiff's response in opposition (Doc. No. 44), and the parties' reply and sur reply briefs (Doc. Nos. 48, 52), **IT IS HEREBY ORDERED** that defendants' motion for summary judgment (Doc. No. 43) is **GRANTED**.

**JUDGMENT IS ENTERED** for Lehigh Valley Health Network and Lehigh Valley Hospital against Patti Kopko on the entirety of the complaint.

This case is **CLOSED**.

It is so **ORDERED**.

BY THE COURT

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.